FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP -2  P 2: 40

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: CRUCIFEROUS SPROUT PATENT LITIGATION | MDL Docket No. 1388<br>Hon. William M. Nickerson |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and among the undersigned counsel for plaintiffs Brassica Protection Products LLC and Johns Hopkins University ("plaintiffs") and defendants Harmony Farms, Greg Lynn, and Lorna Lynn (collectively "Harmony Farms defendants") that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims that were asserted or could have been asserted in the above-captioned Action by plaintiffs against the Harmony Farms defendants, and all compulsory counterclaims that were asserted or could have been asserted in this Action by the Harmony Farms defendants against plaintiffs, shall be and hereby are dismissed with prejudice and forever barred, with each party to bear its own costs.

Dated this 2nd day of September, 2003.

_____
Hon. William M. Nickerson
United States District Judge

002.1067330.1

Respectfully submitted by:

    /s/ Anthony H. Son
Lisa S. Mankofsky (General Bar No. 04940)
Michael D. Kaminski
Anthony H. Son
FOLEY & LARDNER
3000 K Street, N.W., Suite 500
Washington, DC 20007
(202) 672-5300

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*


Delbert J. Barnard
Barnard Loop & McCormack
947 Powell Avenue, S.W.
Suite 105
Renton, Washington 98055

*Counsel for Harmony Farms, Greg Lynn and Lorna Lynn*

2

Respectfully submitted by:

_____
Lisa S. Mankofsky (General Bar No. 04940)
Michael D. Kaminski
Anthony H. Son
FOLEY & LARDNER
3000 K Street, N.W., Suite 500
Washington, DC 20007
(202) 672-5300

*Counsel for Plaintiffs Brassica Protection Products LLC and Johns Hopkins University*

_____
Delbert J. Barnard
Barnard Loop & McCormack
947 Powell Avenue, S.W.
Suite 105
Renton, Washington 98055

*Counsel for Harmony Farms, Greg Lynn and Lorna Lynn*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2003, a copy of the foregoing Stipulation and Order of Dismissal was faxed to, and mailed by first class mail, postage prepaid, to:

Philip M. Andrews
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202

Joseph A. Kromholz
Daniel Johnson
Ryan, Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, Wisconsin 53226-0618

Delbert J. Barnard
Barnard Loop & McCormack
947 Powell Avenue, S.W.
Suite 105
Renton, Washington 98055

                                                /s/ Anthony H. Son
                                            Anthony H. Son

002.1067330.1